UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-61719-CIV-SMITH

CHANEL, INC.,

       Plaintiff,

vs.

8CREPLICACHANEL.COM, *et al.*,

       Defendants.

_____/

## **ORDER GRANTING MOTION FOR FINAL DEFAULT JUDGMENT**

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Final Default Judgment against Defendants (the "Motion") [DE 24], filed herein on August 26, 2019. The Court has carefully considered the Motion [DE 24] and is otherwise fully advised in the premises.

On August 14, 2019, the Clerk entered a default against Defendants, the Individuals, Partnerships, and Unincorporated Associations identified on Schedule "A" to Plaintiff's instant Motion (collectively "Defendants") for failure to appear, answer or otherwise plead to the complaint filed herein within the time required. *See* [DE 23]. Thereafter, on August 26, 2019, Plaintiff filed the present Motion [DE 24] seeking a default judgment against Defendants. Defendants failed to respond.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     Plaintiff's Motion [DE 24] is hereby **GRANTED**.
2.     In accordance with Federal Rule of Civil Procedure 58, a separate final judgment will be entered.

3. Plaintiff is ordered to serve a copy of this Order upon Defendants (a) via email to the email addresses provided by each Defendant as part of the domain registration records for each of their respective domain names, including service via registrar, or directly on the Internet website operating under each of their corresponding domain names, including onsite contact forms; and (b) by publicly posting a true and accurate copy of the foregoing on the Internet website appearing at http://servingnotice.com/c0ll4te/index.html.

**DONE AND ORDERED** in Fort Lauderdale, Broward County, Florida, this 28th day of August, 2019.

_____
RODNEY SMITH
United States District Judge

Copies provided to:
Counsel of Record